```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :      ORDER
                                  :
       - v. -                     :      19 Cr. 608 (JPO)
                                  :
DARREN STUMBERGER,                :
                                  :
             Defendant.           :
                                  :
- - - - - - - - - - - - - - - - -X
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 27, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         April 24, 2020

_____
J. PAUL OETKEN
United States District Judge