```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:19-cr-00608-JPO
     -against-                       :    ORDER
                                     :
Stumberger, Darren                   :
                                     :
                                     :
-------------------------------------X
```

J. Paul Oetken, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: Mental Health Evaluation/Treatment as Directed

Dated: April 24, 2020
New York, New York

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge