

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Darren Stumberger*, 19 Cr. 608 (JPO)

Dear Judge Oetken:

    The Government writes, with consent of defense counsel, to respectfully request that the sentencing control date scheduled in the above-captioned matter for June 18, 2021, be adjourned. As Your Honor is aware, the defendant is cooperating with the Government. The defendant recently testified in the trial of *United States v. Michael Hild*, 19 Cr. 602 (RA), and the sentencing of Michael Hild is currently scheduled for September 10, 2021. Because the defendant's cooperation is expected to continue through the sentencing of Hild, the Government respectfully requests that the defendant's sentencing be adjourned for six months.

> The sentencing control date is hereby adjourned to December 17, 2021, at 12:00 pm.
> So ordered.
> June 17, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:     \_\_\_\_/s/_____
       Scott Hartman / Jordan Estes
       Assistant United States Attorneys
       (212) 637-2357/2543

_____
J. PAUL OETKEN
United States District Judge