```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DARREN STUMBERGER,

Defendant.

No. 19-CR-608

ORDER

RONNIE ABRAMS, United States District Judge:

This case was reassigned to me on January 17, 2023. A sentence is scheduled for May 11, 2023 at 3:00 p.m. Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases for the deadline to file their sentence submissions.

SO ORDERED.

Dated: January 18, 2023
New York, New York

Ronnie Abrams
United States District Judge