UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8/29/2023

UNITED STATES OF AMERICA,

v.

DARREN STUMBERGER,

Defendant.

No. 19-cr-608 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Sentencing in this action is hereby adjourned to September 21, 2023, at 2:00 p.m., and will be held in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse at 40 Foley Square.

SO ORDERED.

Dated:      August 29, 2023
            New York, New York

Hon. Ronnie Abrams
United States District Judge

1