UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARREN STUMBERGER,<br><br>        Defendant. | No. 19-CR-608<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Mr. Stumberger advised the Court that his previous attorney, Mr. Donaldson, informed him that he may be conflicted from continuing to represent him. Mr. Stumberger requested that the Court appoint him new counsel to assist him with "time sensitive" filings he intends to make. The C.J.A. attorney, who is assigned to receive cases on this day, Julia Gatto, is hereby ordered to assume representation of the defendant in the above captioned matter.  The Court will e-mail Mr. Stumberger a copy of this Order and forward his e-mail to Ms. Gatto.

SO ORDERED.

Dated:    June 29, 2026
              New York, New York

_____
Ronnie Abrams
United States District Judge