UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARREN STUMBERGER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

19-CR-608 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Petitioner Darren Stumberger filed a motion pursuant to 28 U.S.C. § 2255 in the above-captioned case. Dkt. 48 (Pet.). It is hereby ordered that:

The Clerk of Court is respectfully directed to open a civil docket and enter the Petition and this order on that docket. The Clerk of Court is further respectfully directed to electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this order has been issued.

Within 30 days of the date of this order, Petitioner shall submit any supplemental memoranda, declarations, or exhibits in support of the motion. Respondent shall file an answer or other pleading in response to the motion within 30 days of Petitioner's submission of supplemental materials. Petitioner shall have 14 days from the date on which Petitioner is served with Respondent's answer or other pleading to file a reply should he choose to do so. Absent further order, the motion will be considered fully submitted on that date.

SO ORDERED.

Dated: September 11, 2026
New York, New York

Ronnie Abrams
United States District Judge